## GEER v. MURRIN.

PRACTICE—BILL OF EXCEPTIONS.—In proceedings in error the record of the court below must show that a bill of exceptions, containing the exceptions upon which the plaintiff in error relies, was duly made up and signed by the judge of said court within the time limited by statute.

IDEM.—After a motion for a new trial has been made and overruled by the court below and an exception taken thereto, such party must have his bill containing all exceptions upon which he relies, together with the motion for a new trial, signed or allowed by the presiding judge of the court below.

IDEM.—If the plaintiff in error has not proceeded in accordance with the foregoing rules, it is the correct practice for the defendant in error to move the court to dismiss the proceedings in error.

ERROR to the First District Court for Laramie County.

The record in this case from the district court does not show that any motion for a new trial was made and overruled, or that any bill of exceptions was signed. No record appears to have been made out in the usual form, but a paper on file, and indorsed a "transcript," contains among other matter the following: "Be it remembered that at the November term of the district court for the first judicial district, Wyoming Territory, the following judgment was rendered, to wit:

"Thomas D. Murrin v. John Geer. November term, 1870; Wednesday, November 23, 1870. This day came the parties by their attorneys, and thereupon came a jury, who having been duly impaneled, and sworn the truth to speak upon the issue joined upon their oaths, do say that the defendant is indebted to the plaintiff in the sum of six hundred and eight dollars; and it is thereupon considered and adjudged by the conrt that the plaintiff, Thomas D. Murrin, do recover of the defendant, John Geer, the said sum of six hundred and eight dollars, and costs of suit taxed to thirty dollars and seventy-five cents. J. H. Horne, Judge," etc.

At the commencement of the proceedings in error, the plaintiff in error filed the following undertaking:

"First Judicial District Court. Thomas D. Murrin, plaintiff, *v.* John Geer, defendant. Whereas, on the twenty-third day of November, 1870, said plaintiff recovered a judgment in said court against said defendant for the sum of six hundred and eight dollars debt and thirty dollars seventy-five cents costs of suit; and the said defendant desires to appeal from the judgment of said court in said cause to the supreme court of said territory.

"Now, therefore, we, John Geer, as principal, and Stephen Bin and F. Schweickert, all of said county and territory, undertake and promise to the said plaintiff, that if said judgment be not reversed in said supreme court, that we will pay to said plaintiff the amount of said judgment and all costs and damages not exceeding fourteen hundred dollars. John Geer, S. Bin, F. Schweickert."

The said sureties duly justified, and the clerk of the court approved said undertaking.

Thereafter, the following motion was filed by the attorney for the defendant in error:

"In Supreme Court, Wyoming Territory. John Geer, plaintiff in error, *v.* Thomas D. Murrin, defendant in error: Now comes Thomas J. Street, attorney for the above-named defendant in error, and moves the court now here to affirm the judgment of the court below, as well against the said plaintiff in error, John Geer, as against Stephen Bin and Fred. Schweickert, the sureties in the undertaking for the proceedings in error herein filed and given, for the whole amount of the said judgment and costs, with the accruing costs, together with damages in the amount thereof of twelve per centum, as prescribed by the statute in such case provided, for these reasons, to wit: 1. Because the said plaintiff in error neither excepted to the decision and judgment of the court below, nor filed and made, nor caused

to be filed and made, any bill or bills of exception, showing wherein the said plaintiff in error objected to the ruling of the court below; and, 2. Because it appears from the whole record and transcript of the proceedings of the court below herein filed on the part of the defendant in error, that the said proceedings in error were wholly taken for delay. Thos. J. Street, attorney for defendant in error."

*W. W. Corlett,* for plaintiff in error.

*Thomas J. Street,* for defendants in error.

Motion granted.